IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

VERNON SCOTT, JR.,                         §
#1039043

VS.                                        §                    CIVIL ACTION NO. 5:04cv80

STATE OF TEXAS                             §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States

Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the

Magistrate Judge's Report, containing proposed findings of fact and recommendations for

disposition of this case.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and

adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH**

**PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

 **SIGNED this 10th day of June, 2005.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE